

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00190-CV

| | | |
|---|---|---|
| Chaliese Rippey and all other occupants | § | From County Court at Law No. 1 of |
| | § | Tarrant County (2010-087757-1) |
| v. | § | March 13, 2014 |
| Chase Home Finance, LLC | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Chaliese Rippey pay all costs of this appeal, and these costs be paid from the cash deposit in lieu of bond made with the clerk of the trial court for which let execution issue. The clerk of the trial court shall refund the remainder of this cash deposit in lieu of bond to Chaliese Rippey.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bob McCoy_____
    Justice Bob McCoy